# EXHIBIT A



**SAVANNAH**
savannahga.gov

Planning & Urban Design
5515 Abercorn St, Savannah, GA, 31405
Phone: 912.525.2783 / Fax: 912.651.6543
www.savannahga.gov/planning

## Rezoning (Map Amendment) and Comprehensive Plan Future Land Use Map Amendment Application



110 E State St, Savannah, GA, 31401
P.O. Box 8246, Savannah, GA, 31412-8246
Phone: 912.651.1440 / Fax: 912.651.1480
www.thempc.org

Please type or print legibly.  Attach additional sheets, if necessary, to fully answer any of the following sections. Incomplete applications will not be scheduled by the Metropolitan Planning Commission (MPC) until deficiencies are corrected.  Additional instructions and information regarding the amendment process are attached.  **SUBMIT AN ELECTRONIC COMPLETED APPLICATION TO PLANNING@SAVANNAHGA.GOV.**  Applicants are requested to **contact the MPC staff at 912.651.1440 or City Planning and Urban Design staff at 912.525.2783 prior to submitting an application.**

## I. Subject Property

Street Address(es):  1000 Chatham Center Drive, Savannah, GA 31405

Property Identification Number(s) (PINs) (Note: Attach a boundary survey, recorded or proposed plat, tax map or scaled plot plan to identify the property boundary lines.):  Portion of 2079 01013

Total acreage of the subject property:  Parcel B on Exhibit A (attached)

Existing land use(s) for the subject property (e.g., undeveloped, restaurant, auto repair shop, multi-family):  Undeveloped

## II. Action Requested

**A. Type of Request.**  If more than one action is sought, submit a separate application and fee for each request.

- ▣ Rezoning (Zoning Map Amendment)
- ▣ Comprehensive Plan's Future Land Use Map Amendment (If proposed rezoning does not fit the designated Future Land Use Map Category)

**B. Application History.**  Have any previous applications been made to rezone the subject property (Certificate of Appropriateness (COA), Subdivision, Site Permit (General Development Plan), Business Location Approval, Text Amendment)?

☐ Yes   ▣ No  If yes, please provide the Plan/Permit File Number(s): _____

**C. Rezoning Information.**

- Identify the existing zoning district(s) for the subject property: B-C (Community Business)
- Proposed zoning district(s) for the subject property: RMF-2-25
  (Only one district should be proposed unless there is an extenuating circumstance.  If more than one district is desired, please provide supporting rationale as part of this application. A zoning district must be identified or the application will not be processed.)
- List all proposed land use(s) in accordance with the Zoning Ordinance.  (Refer to Zoning Ordinance Article 5 Sec. 5.4 Principal Use Table.  If your desired use is not listed, contact the Planning and Urban Design Department for a use determination.  Planning and Urban Design by contacting 912.525.2783.) Apartments with office and amenities center

**The petitioner will receive notification to obtain and post the Public Notice Sign(s) from the City's Planning & Urban Design Office at least 15 DAYS PRIOR TO THE PLANNING COMMISSION and CITY COUNCIL MEETINGS.**

.

**D. Comprehensive Plan Future Land Use Map Amendment.**

Sections 5.5 through 5.17, subsection 2 of the Zoning Ordinance titled Comprehensive Plan Future Land Use Map (FLUM) Consistency list the permitted Future Land Use (FLU) Category(ies) for each Zoning District. Chapter 5 of the Chatham County-Savannah Comprehensive Plan lists and defines these categories. If the proposed Zoning District is not allowed within the current FLU Category designated for the property, a Comprehensive Plan FLUM Amendment is required. As part of the application review process, the Planning Commission and City will evaluate and determine if the proposed Zoning District requires a FLU Map Amendment.

- What is the present Future Land Use Category designated for the property? <u>Commercial-Suburban/Planned Development</u>
- What is the Future Land Use Category that allows the proposed Zoning District? <u>Residential-General</u>

## III. Rezoning Review Criteria Form

Describe how the requested rezoning satisfies one or more of the following criteria:

### A. Suitability and Community Need:

- Whether the range of uses permitted by the proposed zoning district is more suitable than the range of uses that is permitted by the current zoning district.
- Whether the proposed zoning district addresses a specific need in the county or city.

The proposed zoning district allows for the development of much-needed residential units to an undeveloped parcel. Rezoning to multi-family residential will allow for the development of additional dwelling units directly west from Downtown Savannah to accommodate population growth within the City of Savannah and beyond.

### B. Compatibility:

- Whether the zoning proposal will adversely affect the existing use or usability of adjacent or nearby property.
- Whether the zoning proposal is compatible with the present zoning pattern and conforming uses of nearby property and the character of the surrounding area.
- Whether there are other existing or changing conditions affecting the use and development of the property which give supporting grounds for either approval or disapproval of the zoning proposal.

The proposed zoning district is intended to serve as the first step towards developing a parcel situated near existing office parks and job centers. Rezoning to allow for multi-family residential development will facilitate the development of dwelling units in lockstep with anticipated population growth and housing demand resulting from commercial and retail development along Chatham Parkway.

### c. Consistency:

Whether the zoning proposal is in conformity with the policy and intent of the Comprehensive Plan and other adopted plans, such as a redevelopment plan or small area plan.

The proposed zoning district will match that of the parcel directly to its east to form a cohesive residential multi-family complex along Chatham Center Drive, which branches off from Chatham Parkway to the north and east.

### d. Reasonable Use:

Whether the property to be affected by the zoning proposal has a reasonable use as currently zoned.

The requested rezoning provides a more appropriate zoning district for Chatham Center (which already has sufficient commercial and institutional uses).

e.    **Adequate Public Services:**

Whether adequate school, public safety and emergency facilities, road, ingress and egress, parks, wastewater treatment, water supply and stormwater drainage facilities are available for the uses and densities that are permitted in the proposed zoning district.

Yes

f.    **Proximity to a Military Base, Installation or Airport:**
Is the subject parcel located within 3,000 feet of a military base, installation or airport, or within the 3,000 foot Clear Zone and Accident Prevention Zones Numbers I and II as prescribed in the definition of an Air Installation Compatible Use Zone that is affiliated with such base, installation or airport?  ☐ Yes    ☐ No

## IV.    <u>Neighborhood Meeting</u>

A neighborhood meeting is required as shown in <u>Table 3.2-1</u>, Types of Required Public Notice for Applications, or indicated elsewhere in the Zoning Ordinance.  If an applicant fails to provide neighborhood notification consistent with the requirements, the public hearing will be postponed until after such notification has been made.  Please complete the following information.

- Neighborhood Association: N/A
- Neighborhood President: N/A
- Method of Notification: N/A
- Date Notification Sent: N/A
- Date of Neighborhood Meeting: N/A
- Time of the Meeting: N/A
- Location of the Meeting: N/A
- Date Notification Sent to Planning Director of the Scheduled Date, Time, Place: N/A
- Date of Planning Commission Meeting: N/A

## V.    <u>Property Owner Information</u>

Name(s): PHRM Holdings LLC

Registered Agent: Richard Mazzolini

<small>(Or Officer or Authorized Signatory, if Property Owner is not an individual.  Provide GA Annual Registration.)</small>

Address: 6001 Chatham Center Drive, Suite 120

City, State, Zip: Savannah, GA 31405

Telephone: _____    Fax: _____

E-mail address: _____

## VI.    <u>Petitioner Information, if different from Property Owner</u> (If the property owner(s) will have an agent serve on his or her behalf, the owner(s) must complete the attached Letter of Authorization.  If the agent changes after submitting the application and the agent is not the property owner, a new authorization form will be required.)

Name(s): Vista Realty Partners, LLC

Registered Agent: Douglas P. Krevolin

<small>(Or Officer or Authorized Signatory, if Petitioner is not an individual)</small>

Address: 2964 Peachtree Road, Suite 585

City, State, Zip: Atlanta, GA 30305

Telephone: _____    Fax: _____

E-mail address: _____

**VII.** **Agent, if different from Petitioner or Property Owner** (A signed, notarized statement of authorization from the property owner is required and must be attached if this section applies.  If the agent changes after submitting the application and the agent is not the property owner, a new authorization form will be required.)

Name(s): _____ Harold B. Yellin _____

Firm or Agency: _____ Hunter Maclean _____

Address: _____ 200 East Saint Julian Street, P.O. Box 9848 _____

City, State, Zip: _____ Savannah, GA 31412 _____

Telephone: _____ 912-236-0261 _____  Fax: _____ 912-236-4936 _____

E-mail address: _____ hyellin@huntermaclean.com _____

Contacts

    Planning & Urban Design:    5515 Abercorn St,  Savannah, GA, 31405
    (Located in the Development Services Building)
    P.O. Box 1027, Savannah, GA, 31402 (Phone: 912.525.2783)

    The Planning Commission:    110 E. State St, Savannah, GA, 31401 (Located at the State Street Garage)
    P.O. Box 8246, Savannah, GA, 31412 (Phone: 912.651.1440)

## VIII.  Letter of Authorization

As fee simple owner of the subject property that is identified as Property Identification Number(s) (PIN)

20739 01013 _____, I (we) authorize

Harold B. Yellin _____ (Agent Name) of Hunter Maclean _____ (Firm or Agency, if

applicable) to serve as agent on my (our) behalf for the purpose of making and executing this application for

the proposed request. I (we) understand that any representations(s) made on my (our) behalf, by my (our)

authorized representative, shall be legally binding upon the subject property.

### Property Owner(s)

Name(s): ___ PHRM Holdings LLC _____

Registered Agent: ___ Richard Mazzolini _____
                     (Or Officer or Authorized Signatory, if Property owner is not an individual)

_____          _8·23·21_____
Signature(s)                                      Date

### Witness Signature Certificate

State of Georgia

County of _Chatham_

Signed or attested before me on _8-23-21_
                                    Date

by _DEBRA F HOWARD_ _____,
        (Printed name(s) of individual(s) signing document)

who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

✓ Personally Known or ____ Produced Identification       Type of ID _____

_Debra J Howard_____
Signature of notary public

_DEBRA F HOWARD____
(Name of notary, typed, stamped or printed)
Notary Public State of Georgia
My commission expires: _March 21, 2022_

**IX.** **Disclosure of Campaign Contribution Form**  To be filed within 10 days of filing this application.  This is required to be filled out by the Petitioner, Property Owner, and/or Agent per the Conflict of Interest in Zoning Actions Act (O.C.G.A. § 36-67A).

(a) When any applicant for rezoning action has made, within two years immediately preceding the filing of that applicant's application for the rezoning action, campaign contributions aggregating $250.00 or more to a local government official who will consider the application, it shall be the duty of the applicant to file a disclosure report with the governing authority of the respective local government showing:

    (1) The name and official position of the local government official to whom the campaign contribution was made; and

    (2) The dollar amount and description of each campaign contribution made by the applicant to the local government official during the two years immediately preceding the filing of the application for the rezoning action and the date of each such contribution.

(b) The disclosures required by subsection (a) of this Code section shall be filed within ten days after the application for the rezoning action is first filed.

(c) When any opponent of a rezoning action has made, within two years immediately preceding the filing of the rezoning action being opposed, campaign contributions aggregating $250.00 or more to a local government official of the local government which will consider the application, it shall be the duty of the opponent to file a disclosure with the governing authority of the respective local government showing:

    (1) The name and official position of the local government official to whom the campaign contribution was made; and

    (2) The dollar amount and description of each campaign contribution made by the opponent to the local government official during the two years immediately preceding the filing of the application for the rezoning action and the date of each such contribution.

(d) The disclosure required by subsection (c) of this Code section shall be filed at least five calendar days prior to the first hearing by the local government or any of its agencies on the rezoning application.

**Please answer the following questions:**

**A.** Within two years immediately preceding the filing this application, have you and your agent (if applicable) made a campaign contribution in the amount of $250 or more to any of the local government officials listed below?  ☐ Yes  ☒ No  If you answered "Yes", please complete Question 2.

| The Mayor and Aldermen of the City of Savannah | |
| --- | --- |
| Van R. Johnson, II, Mayor | Linda Wilder-Bryan, District 3 |
| Kesha Gibson-Carter, At-Large (Post 1) | Nick Palumbo, District 4 |
| Alicia Miller Blakely, At-Large (Post 2) | Dr. Estella Edwards Shabazz, District 5 |
| Bernetta B. Lanier, District 1 | Kurtis Purtee, District 6 |
| Detric Leggett, District 2 | |

| Chatham County-Savannah Metropolitan Planning Commission | | |
| --- | --- | --- |
| Laureen Monica Boles | Ruel Joyner | Joseph Welch |
| Travis Coles | Wayne Noha | Tom Woiwode |
| Elizabeth Epstein | Eula Parker | Michael Brown, Ex-Officio |
| Joseph Ervin | Dwayne Stephens | Lee Smith, Ex-Officio |
| Karen Jarrett | Linder Suthers | |

**B.** If you checked "Yes" to Question 1, complete the section below:

| Contribution | | | |
| --- | --- | --- | --- |
| Name of Official to Whom Contribution was Made | Official Position at Time of Contribution | Date of Contribution | Description & Dollar Amount of Contribution |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
| --- | --- | --- |
| Signature of Petitioner or Petitioner's Agent or Opponent | Printed Name — HAROLD B. YELLIN | Date — 8/23/21 |

## X.  **Application Fee**

The non-refundable filing fee is based on the type of use for which relief is requested.  Make check payable to City of Savannah.  Fees are subject to change.

- ▣ Rezoning:                                          $600.00
- ▣ Comprehensive Plan Amendment:     $600.00

## XI.  **Application Checklist**

Pursuant to O.C.G.A. § 8-2-26, this checklist must be completed and submitted with each permit application.  Please check every item as either "Y" for items that are included with the application or "N" for items that are not included with the application.  Items without an "N" checkbox are minimum requirements initially due with the application if applicable.

**Yes     No**

- ☐              Part I.  Subject Property
- ☐              Part II.  Action Required
- ☐              Part III.  Rezoning Review Criteria Form
- ☐              Part IV.  Neighborhood Meeting
- ☐              Part V.  Property Owner Information
- ☐ ☐          Part VI.  Petitioner Information
- ☐ ☐          Part VII.  Agent
- ☐ ☐          Part VIII.  Letter of Authorization
- ☐              Part IX.  Disclosure of Campaign Contribution Form
- ☐              Part X.  Application Fee
- ☐              Part XI.  Complete Application Checklist
- ☐              Part XII.  Certified Application (Signed application)
- ☐              Survey.  A scaled or dimensioned boundary survey, tax map, plot plan, or sketch showing the subject property (Original not scanned if produced electronically and not recorded).
- ☐              Legal Description.  A legal description of the land by lot, block, and subdivision designations, or if none, by metes and bounds (Electronic or digital Word document).
- ☐ ☐          Concept Plan of the proposed development if applicable

*Please note:  Supplemental information may be required during plan review to address deficiencies.*

## XII.  **Certified Application**

By my signature below, I certify that the information contained in this application is true and correct to the best of my knowledge at the time of the application.  I acknowledge that I understand and have complied with all of the submittal requirements and procedures, and that this application is a complete application submittal.  I further understand that an incomplete application submittal may cause my application to be deferred to the next posted deadline date.  I understand that the approval of an application for Special Use Permit by The Mayor and Aldermen does not constitute a waiver from any applicable local, state, or federal regulations.

| _____ | HAROLD B YELLIN | 8/23/21 |
| Signature of Petitioner or Petitioner's Agent | Printed Name | Date |

## **RETAIN THIS PAGE**

### Instructions

1. Applicants are requested to contact the Metropolitan Planning Commission (MPC) or the City's Planning and Urban Design Office (City) prior to submitting an application.
2. If the project is a Development of Regional Impact (DRI), the project must first be found "in the best interest of the State" before a rezoning application can be reviewed by the Planning Commission.  MPC staff will notify the petitioner or agent when a request qualifies as a DRI.
3. The application form must be complete according to Sec. 3.1.5 including the appropriate fee and all required supplemental materials before it will be processed and scheduled for a hearing.  If the property has been purchased within the last 12 months, please provide a copy of the Deed.
4. **All applications must be submitted electronically to** planning@savananhga.gov.  If the document size is larger than 20 MB, please contact 912-525-2783.
5. The petitioner or agent may include exhibits (e.g., letters or photos) to support the request.
6. A schedule of the application deadlines as well as the Planning Commission and City Council meeting dates are part of this application.

### Rezoning and Comprehensive Plan's Future Land Use Map Amendment Process (After the Application is Submitted)

1. All rezoning applications will be considered by the Planning Commission at a public hearing prior to the Mayor and Aldermen holding the zoning hearing.
2. Once an application submittal is determined to be complete according to Sec. 3.1.5, the MPC will schedule the petition for review by the Planning Commission and prepare a staff recommendation.
3. The MPC will notify the petitioner of the public hearing date and time as well as publish a public notification in the newspaper.
4. The petitioner will receive notification to obtain a Public Notice Sign(s) announcing the petition from the City's Planning and Urban Design Office at located at 5515 Abercorn Street.  The petitioner must post the sign(s) at least **15 DAYS PRIOR TO THE PLANNING COMMISSION MEETING**.  The sign(s) should be placed in a conspicuous place on the subject property and/or placed along each street that the property abuts so that the sign is visible from the street.  If the property does not have street frontage, at least one sign should be placed on the property at the access point and additional sign(s) should be placed on the nearest public right-of-way.  Signs shall not be posted on any tree.  If the signs are not posted at least 15 days before the public hearing, the petition will be rescheduled.
5. The Planning Commission meeting will be held in the Arthur A. Mendonsa Hearing Room at the MPC, 112 E State Street doorway.
6. During the meeting, an overhead projector and computer are available for use.  The overhead projector can display all paper items (e.g., photographs, maps, site plans).  PowerPoint presentations must be provided to MPC staff at least two days prior to the hearing.  A copy of any materials used to support your petition must be submitted for the record at the time of the hearing.
7. The Planning Commission will make a recommendation to the Mayor and Aldermen regarding the petition.  The Planning Commission's recommendation may be to approve, approve with conditions, continue or deny the petition.
8. Once the Planning Commission has made a recommendation, the petition will be forwarded to Mayor and Aldermen for consideration.  The City will notify the petitioner of the date and time of the City Council meeting and publish the public notice for the zoning hearing in the newspaper.  In addition, the petitioner will receive notification from the City's Planning and Urban Design Office to obtain a Public Notice Sign(s) announcing the petition.  The petitioner must post the sign(s) at least **15 DAYS PRIOR TO THE CITY COUNCIL MEETING**.  The sign(s) should be placed in a conspicuous place on the subject property and/or placed along each street that the property abuts so that the sign is visible from the street.  If the property does not have street frontage, at least one (1) sign should be placed on the property at the access point and additional sign(s) should be placed on the nearest public right-of-way.  Signs shall not be posted on any tree.   If the signs are not posted at least 15 days before the zoning hearing, the petition will be rescheduled.
9. The Mayor and Aldermen must have at least two meetings to consider the petition and Planning Commission's recommendation; a zoning hearing and then the first and second readings of the petition.  The first and second readings may be held at the same meeting as the zoning hearing.
10. Once the Mayor and Aldermen hear the petition, they make a recommendation to approve, approve with conditions, deny, continue the petition to the next meeting or a date certain, or remand the petition back to the Planning Commission for further study.
11. Notification of Mayor and Aldermen's final decision will be sent to the petitioner by the City.
12. The petitioner or agent should be in attendance at all Planning Commission and City Council meetings.  If no one is present to represent the petition, the petition may still be discussed.

## **RETAIN THIS PAGE**

## 2021 Application Submittal Deadlines for Planning Commission Meetings with City Council Meetings

| Application Submittal Deadline
*(Application submittal deadlines are on Tuesdays unless otherwise noted.)*

**Submittal Due:** 5:00 p.m.
**Submittal Location:** City's Planning and Urban Design Office, 5515 Abercorn Street. | Planning Commission Meeting Date
*(All meetings are scheduled for every three weeks on Tuesdays unless otherwise noted.)*
**Pre-meeting:** 12:00 p.m.
**Meeting Time:** 1:30 p.m.
**Meeting Location:** MPC, 112 E State St, Arthur A. Mendonsa Hearing Room or the Chatham County Commission Chambers of the Old Courthouse, 124 Bull St on the 2nd Floor.  Call the MPC at 912.651.1440. | City Council Meeting
(Zoning Hearings and 1st & 2nd Readings)
*(All meetings are scheduled for the second and fourth Thursdays of every month unless otherwise noted.)*
**Meeting Location:** City Hall, 2 E Bay St, Council Chambers on the 2nd Floor. | |
|---|---|---|---|
| | | **Meeting Time: 2:00 p.m.** | **Meeting Time: 6:30 p.m.** |
| DEC 8 | JAN 12 | JAN 14 | JAN 28 |
| JAN 5 | FEB 2 | FEB 11 | FEB 25 |
| JAN 26 | FEB 23 | MAR 11 | MAR 25 |
| FEB 16 | MAR 16 | APR 8 | APR 22 |
| MAR 9 | APR 6 | MAY 13 | MAY 27 |
| MAR 30 | APR 27 | JUN 10 | JUN 24 |
| APR 20 | MAY 18 | JUL 8 | JUL 22 |
| MAY 11 | JUN 8 | AUG 12 | AUG 26 |
| JUN 1 | JUN 29 | SEP 9 | SEP 23 |
| JUN 22 | JUL 20 | OCT 14 | OCT 28 |
| JUL 13 | AUG 10 | NOV 11* | NOV 25* |
| AUG 3 | AUG 31 | DEC 9 | DEC 23 |
| AUG 24 | SEP 21 | | |
| SEP 14 | OCT 12 | | |
| OCT 5 | NOV 2 | | |
| OCT 26 | NOV 23 | | |
| NOV 16 | DEC 14 | | |
| DEC 14 | JAN 18 (2022) | | |

*** *Regular City Council Meeting may be rescheduled due to the holidays.*

**O.C.G.A. § 36-66-4(a):** A local government taking action resulting in a zoning decision shall provide for a hearing on the proposed action. At least 15 but not more than 45 days prior to the date of the hearing, the local government shall cause to be published within a newspaper of general circulation within the territorial boundaries of the local government a notice of the hearing. The notice shall state the time, place, and purpose of the hearing.

# EXHIBIT A

## Site Plan



Site Plan



**EXHIBIT B**

**Concept Plan**

COLEMAN COMPANY
ENGINEERS · SURVEYORS

NOT FOR CONSTRUCTION

CONCEPTUAL SITE PLAN FOR
RIVERCHASE VISTA APARTMENTS
LOCATED IN SAVANNAH, GEORGIA
PREPARED FOR VISTARP

OVERALL PLAN

Sheet: C1.0

EXISTING LAND CLASS: 4
OFFICE
ZONING: BC

FRONT YARD BUILDING SETBACK
REQUIRED: 25'
PROVIDED: 30'

EXISTING LAND CLASS: 5
VEHICLE SALES
ZONING: BC

PROPOSED LAND CLASS: 3
BUFFER NOT REQUIRED
ZONING: BC

EXISTING LAND CLASS: 4
BANK
ZONING: BC

ZONING: BC

60' PRIVATE
RIGHT
OF WAY

PROPOSED LAND CLASS: 4
ZONING: BC

EXISTING LAND CLASS: 3
APARTMENT COMPLEX
ZONING: RMF-6-15

PROPOSED LAND CLASS: 3
BUFFER NOT REQUIRED
ZONING: BC

20' SANITARY
SEWER ESMT.

PROPOSED LAND CLASS: 3
BUFFER NOT REQUIRED
ZONING: BC

60' PRIVATE
RIGHT
OF WAY

PROPOSED LAND CLASS: 4
ZONING: BC

FUTURE DEVELOPMENT
ZONING: BC

FRONT YARD BUILDING SETBACK
REQUIRED: 25'
PROVIDED: 30'

**EXHIBIT C**

**Site Layout**

