# EXHIBIT B



CHATHAM COUNTY-SAVANNAH
METROPLITAN PLANNING COMMISSION
*"Planning the Future, Respecting the Past"*

## STAFF REPORT



File No. 21-004876-ZA

Location: 1000 Chatham Center Drive

PIN: 20739-01013     Acreage: 15.75

Prepared by Marcus Lotson, Director

*Figure 1 Location Map*

**Petitioner:** Harold Yellin for Vista Realty Partners

**Owner:** PHRM Holdings, LLC

**Aldermanic District:** 1, Lanier

**County Commission District:** 8, Adams

**Neighborhood/Subdivision:** Chatham Center

**Current Zoning District:** B-C (Community Business)

**Future Land Use (FLU) Category:** Commercial Suburban

### Background

The petitioner is requesting to rezone the subject property from B-C to RMF-2-25 (Multifamily residential – 25 dwelling units per acre). The property is a part of the Chatham Center development which includes multifamily residential, office and future commercial uses. The subject property is on the east side of Chatham Parkway north of Chatham Center Drive and is a portion of a larger tract within the development. The property is undeveloped, and the current zoning was established in 2019 with the adoption of the current zoning ordinance.

### Public Notice

As required by the City of Savannah Zoning Ordinance, all property owners within 300 feet of the subject property were sent notices of the proposed rezoning. Public notice was posted on site. There are no neighborhood associations in the vicinity of the subject property.

**Existing Development Pattern**

The land uses and zoning districts surrounding the subject property include:

| Location | Land Use Designation | |
|---|---|---|
| North | Undeveloped | B-C |
| East | Multifamily Residential | RMF-2-15 |
| South | Auto Dealer | B-C |
| West | Convenience Retail / Hotel | B-C |

The subject property is undeveloped and does not abut any developed properties. The property is accessed via Chatham Center Drive. Chatham Center Drive is a divided roadway with a 100-foot right of way. Nearby developed properties include a multifamily residential development and federal building, auto dealer and a television studio, all on the east side of Chatham Center Drive. The proposed rezoning would change a portion of the subject property to multifamily but maintain the commercial zoning along the frontage of Chatham Parkway for future development.

**Impact and Suitability**

*Public Utilities*

The area has access to the City's public water, sewer, and stormwater systems. Master detention is also a part of the master plan for the area.

*Transportation and transit*

Transit is available at Park of Commerce Drive, south of the subject property. The existing road network is adequate to accommodate the proposed zoning an continue to accommodate the existing uses in the general vicinity. At least two access points to the property will be required for any multifamily residential development.

*Community Development*

The proposed zoning will allow an essentially identical development pattern to that which exists across Chatham Center Drive at The Walden, the adjacent multifamily residential development.

**Future Land Use**

The Comprehensive Plan Future Land Use Map designates the subject property as Suburban Commercial. Since the current Comprehensive Plan was adopted, the Chatham Parkway corridor has built out primarily as a mix of multifamily residential, office, and commercial uses. The various designations will continue to be reviewed during the Comp Plan process.

**Existing Community Business (B-C) District**

- *Intent of the B-C District:* "The B-C district is established to accommodate a range of nonresidential uses that serve a community-wide market area and upper story residences. Uses in this district are intended to be located primarily on collector or arterial streets."

- *Allowed Uses:* Allowed uses in the B-C district are listed in Table 1 of this report.

- *Development Standards:* The development standards are listed in Table 2 of this report.

**Proposed Residential Multifamily (RMF-2-25) District:**

- *Intent of the RMF-2-25 District:* "The Residential Multi-family ("RMF-") districts are established to allow multi-family development in addition to other types of residential development. The districts (RMF-1, RMF-2, and RMF-3) within the RMF- designation provide for varying development standards and generally the same uses with a few exceptions. The specific density (a whole number) shall be established at the time of rezoning.

- *Allowed Uses:* Allowed uses in the RMF-2-25 district are listed in Table 1 of this report.

- *Development Standards:* The development standards are listed in Table 2 of this report.

**Zoning Ordinance Review**

The following review criteria for rezoning are prescribed in the Savannah Zoning Ordinance Sec. 3.5.8

   a. Suitability and Community Need

       i. Whether the range of uses permitted by the proposed zoning district is more suitable than the range of uses that is permitted by the current zoning district.

         **MPC Comment:** The range of uses permitted under the current and proposed zoning are not similar but both are suitable based on the existing development pattern, street network and available services.

         Whether the proposed zoning district addresses a specific need in the county or city.

         **MPC Comment:** The proposed zoning addresses a need to provide housing inventory within close proximity to jobs and transit.

   b. Compatibility

    i. Whether the zoning proposal will adversely affect the existing use or usability of adjacent or nearby property.

    **MPC Comment:** The proposed zoning is not likely to affect the use or usability of adjacent or nearby properties.

    ii. Whether the zoning proposal is compatible with the present zoning pattern and conforming uses of nearby property and the character of the surrounding area.

    **MPC Comment:** The zoning proposal is compatible with the present zoning pattern. Multifamily zoning already exists in the immediate area. The remaining commercial zoning in the area is also compatible.

    iii. Whether there are other existing or changing conditions affecting the use and development of the property which give supporting grounds for either approval or disapproval of the zoning proposal.

    **MPC Comment:** The success of the adjacent multifamily residential development as well as others along the Chatham Parkway corridor suggests that this location will be desirable. Since retail development has scaled back, a number of commercially zoned properties are being rezoned to seek other development opportunities.

c. Consistency

    Whether the zoning proposal is in conformity with the policy and intent of the Comprehensive Plan and other adopted plans, such as a redevelopment plan or small area plan.

    **MPC Comment:** The current Comprehensive Plan designation conforms with the existing zoning. The corridor, however, is under review from a land use designation standpoint for the purpose of updating the Future Land Use Map.

d. Reasonable Use

    Whether the property to be affected by the zoning proposal has a reasonable use as currently zoned.

    **MPC Comment:** The property has reasonable use under the current zoning. Many of the allowed uses under the current zoning are similar to other development in the area, such as vehicle sales, hotels, retail, and convenience stores.

e. Adequate Public Services

    Whether adequate school, public safety and emergency facilities, road, ingress and egress, parks, wastewater treatment, water supply and stormwater drainage facilities are available for the uses and densities that are permitted in the proposed zoning district.

**MPC Comment:** Adequate services are available.

## Analysis

The subject property is within a mixed-use area which includes residential and nonresidential uses. The current zoning allows a wide array of commercial uses including hotels, office buildings, grocery stores and other retail and service-oriented business. The proposed zoning fits into the development pattern in the general vicinity and the property is situated in an area that can accommodate development within that zoning. With access to arterial roadways, the development of the property should not negatively impact traffic or congestion in the area and should complement the Chatham Center development.

## Recommendation

Based upon the existing zoning pattern and character of the area, as well as the review criteria, staff recommends approval of the request to rezone the subject property from B-C to RMF-2-25.

Note: Staff's recommendation is based upon information contained in the application and discussions with the Applicant.  This recommendation could change based on information gathered during the public hearing.

| | Existing District | Proposed District |
|---|---|---|
| | **B-C District** | **RMF-2 District** |
| **Minimum Lot Area** (each unit unless otherwise specified) | Residential: Upper Story - 1,850 sf per unit<br><br>Non-residential: n/a | n/a |
| **Minimum Lot Width** | n/a | n/a |
| **Front Yard Setback** | n/a | 20 |
| **Minimum Side Yard Setback** | 15 ft adjacent to street<br><br>Interior: n/a | 15 ft adjacent to street<br><br>Interior: n/a |
| **Minimum Rear Yard Setback** | n/a | 25 ft |
| **Maximum Height** | 75 ft | 50 ft |
| **Maximum Building Coverage** | n/a | 50 % |

Table 1: Comparison of Development Standards for the Existing B-C and Proposed RMF-2 Zoning Districts

| | Table 1: Comparison of Development Standards for the Existing B-C and Proposed RMF-2 Zoning Districts | |
|---|---|---|
| | **Existing District** | **Proposed District** |
| | **B-C District** | **RMF-2 District** |
| **Maximum Density** | n/a | 25 DU/A |

| B-C – List of Uses |
|---|
| Upper story residential |
| Child caring institution |
| Single room occupancy |
| Agriculture, personal |
| Community Garden |
| Park, general |
| Library/community center |
| Museum |
| Post office |
| Police/fire station or substation |
| Emergency Medical Services (EMS) substation/ Ambulance Service |
| Shelter, emergency |
| Shelter, transitional |
| Soup kitchen |
| Child/adult day care center |
| Child/adult care center, 24 hours |
| College, university, seminary |
| Educational building used by a college, university or seminary |
| School, public or private (K-12) |
| School, trade, vocational or business |
| All places of worship |
| Private club/Lodge |
| Correctional transition facility |
| Hospice |
| Hospital |
| Intermediate care facility |
| Nursing home |
| Assisted living facility |
| Personal care home, registered |
| Personal care home, family |
| Substance recovery facility |
| Office, general |
| Call center |
| Day labor employment center |
| Office, medical |
| Office, utility/contractor |
| Studio/multimedia production facility |
| Arena; convention center |

| |
|---|
| Indoor amusement |
| Indoor firearm range |
| Indoor sports facility |
| Indoor archery range/paintball facility |
| Teen Club |
| Theater/cinema/ |
| Drive-in theater |
| Golf course |
| Outdoor amusement |
| Stadium or outdoor arena; Amphitheater; Outdoor sports facility or complex |
| Retail, general |
| Art/photo studio; gallery |
| Consumer Fireworks Retail Sales Facility |
| Convenience store |
| Fuel/gas station |
| Flea market; Farmer's market; Open air market |
| Food-oriented retail |
| Garden center |
| Manufactured/modular home sales |
| Outdoor sales |
| Pawnshop |
| Pharmacy |
| Truck Stop |
| Warehouse or Office Showroom / Flex Space |
| Services, general |
| Animal services, indoor |
| Animal services, outdoor |
| Bank |
| Body art services |
| Business support services |
| Catering establishment |
| Check Cashing; Title Pawn; |
| Crematorium |
| Funeral home: mortuary (not including crematorium) |
| Hall, banquet or reception |
| Event Venue |
| Instructional studio or classroom |
| Laundromat; |
| Dry Cleaner/Laundry, Neighborhood |
| Personal service shop |
| Psychic; palmist; medium; fortune teller |
| Repair-oriented services |

| |
|---|
| Self-service storage facility |
| Tour company terminal |
| Distillery, craft, |
| Bar; tavern |
| Nightclub |
| Restaurant |
| Food Truck Park |
| Retail consumption dealer (on premise consumption of alcohol) |
| Ancillary retail dealer (off-premise consumption of alcohol) |
| Package store (not including wine specialty shops) |
| Wine Specialty Shop (not including package stores) |
| Winery; Meadery; Cidery |
| Brewery, Micro |
| Bed and Breakfast Homestay |
| Inn |
| Hotel/motel, 16-74 rooms |
| Hotel/motel, 75 or more rooms |
| Short-term vacation rental |
| Heavy equipment/Heavy vehicle sales, rentals and leasing |
| Vehicle sales, rentals and leasing |
| Moped/motor scooter sales, rentals and leasing |
| Vehicle Service, Heavy equipment/Heavy vehicle |
| Vehicle service, minor |
| Vehicle service, major |
| Vehicle wash, full or self-service |
| Watercraft sales, repair and service |
|     Artisan/Craft |
| Parking facility |
| Passenger terminal |
| Transportation dispatch and storage |
| Broadcast transmission tower |
| Utilities, major |
| Utilities, minor |

| RMF – List of Uses |
|---|
| single-family detached |
| Single-family attached |
| Two-family |
| Three-family / Four-family |
| Townhouse |
| Stacked townhouse |
| Apartment |
| Cluster Development |
| Child caring institution |
| Monastery/convent |
| Agriculture, personal |
| Community Garden |
| Park, general |
| Library/community center |
| Police/fire station or substation |
| Child/adult day care home |
| Child/adult day care center |
| School, public or private (K-12) |
| All places of worship |
| Assisted living facility |
| Personal care home, registered |
| Personal care home, family |
| Personal care home, group |
| Personal care home, congregate |
| Community living arrangement |
| Golf course |
| Retail consumption dealer (on premise consumption of alcohol) |
| Dock, private |
| Dock, Residential Community |