# EXHIBIT E

# Jamil Favors

| | |
|---|---|
| **From:** | Harold Yellin <HYellin@HunterMaclean.com> |
| **Sent:** | Monday, September 20, 2021 3:12 PM |
| **To:** | Michael Neyhart |
| **Subject:** | FW: Petition for Rezoning:  1000 Chatham Center Drive |
| **Attachments:** | image002.png |

Michael:  An atty called MPC today to inquire about your petition.  See below.

I just called the atty and he would not disclose his client, but it seemed that he was just gathering information.  My guess is that he represents Walden Apts.

**Harold B. Yellin**
Attorney

**HunterMaclean**

200 E. Saint Julian Street | P.O. Box 9848 | Savannah, GA 31412-0048
Main: 912.236.0261 | Fax: 912.236.4936
Firm Website | My Bio | vCard Download | HYellin@huntermaclean.com

---

**From:** Marcus Lotson <lotsonm@thempc.org>
**Sent:** Monday, September 20, 2021 2:57 PM
**To:** Harold Yellin <HYellin@HunterMaclean.com>
**Subject:** FW: Petition for Rezoning: 1000 Chatham Center Drive

attorney

---

**From:** Marcus Lotson
**Sent:** Monday, September 20, 2021 9:04 AM
**To:** stephen.tilbrook@akerman.com
**Subject:** RE: Petition for Rezoning: 1000 Chatham Center Drive

https://www.thempc.org/eagenda/x/mpc/2021/september-21-2021-regular-mpc-meeting-130-pm/september-21-2021-regular-mpc-meeting-130-pm.pdf

Here is link to the agenda. If you have any questions let me know.


**Marcus Lotson**
**Director – Development Services**
P: 912.651.1497 | E: lotsonm@thempc.org



**Chatham County – Savannah**
**Metropolitan Planning Commission**
110 East State Street
Savannah, GA 31401
www.thempc.org

(Please consider the environment before printing this email)



**Take this survey** on the future of Chatham, Garden City, Pooler, and Savannah. And be sure to **check out this link** for more information on the Comprehensive Plan process!

The MPC is committed to following the guidance of the Centers for Disease Control and Prevention (CDC) as it relates to health protection and is therefore enacting measures to ensure our employees and the public are safe, secure, and healthy, while continuing to be open for business and provide services. **In an effort to adhere to CDC recommendations, we are requesting the following: 1) applications and other related documents be transmitted to our staff electronically, 2) any related payments be submitted via our website (www.thempc.org) or by mail; and 3) applicants and members of the public call our office in advance to schedule appointments with our staff members.** Thank you in advance for your consideration and adherence to these guidelines as we work together to maintain the health of our community.

---

**From:** stephen.tilbrook@akerman.com <stephen.tilbrook@akerman.com>
**Sent:** Friday, September 17, 2021 2:51 PM
**To:** Marcus Lotson <lotsonm@thempc.org>
**Subject:** Petition for Rezoning: 1000 Chatham Center Drive

Dear Mr. Lotson:
Thank you for speaking with me earlier this afternoon.
Please share with me the information and application materials related to the above application (and attached notice).
Thank you for your consideration.
Steve Tilbrook

**Stephen Tilbrook**
Partner
Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301
D: 954 331 4132 | T: 954 463 2700 | F: 954 595 6815
stephen.tilbrook@akerman.com

vCard | Profile



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

Please consider the environment before printing this email.
_____
This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The Chatham County – Savannah Metropolitan Planning Commission accepts no liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Chatham County – Savannah Metropolitan Planning Commission. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the content of this message which arise as a result of the e-mail transmission. If verification is required, please request a hard copy version.


**WARNING:** Wire fraud and email hacking/phishing attacks are on the increase. ALL of our wire instructions will be sent via an encrypted email. We do not change wire instructions once sent. If you have an escrow or closing transaction with us and you receive a non-encrypted email containing wire transfer instructions, or an email changing wire instructions, even if it appears to come from our Firm, DO NOT RESPOND TO THE EMAIL. Also, do not wire funds to our office without first confirming the wire instructions by calling our office using a verified phone number from an independent source. Additionally, we require independent authentication of any email requests to make a change to an original wire instruction. You must confirm our wire instructions by calling our office, using a verified phone number from an independent source.

**Confidentiality Notice:** This email has been sent from a law firm. It may contain privileged and confidential information intended for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us by collect telephone call and immediately delete this email.

Thank You.
Hunter, Maclean, Exley & Dunn, P.C.
Savannah Office Telephone: 912.236.0261
Saint Simons Office Telephone: 912.262.5996