# EXHIBIT F

**KREVOLIN | HORST**

One Atlanta Center
1201 West Peachtree Street, NW
Suite 3250 | Atlanta, GA 30309
Tel: 404-888-9700 | Fax: 404-888-9577
www.krevolinhorst.com

**Jessica Gabel Cino**
Tel: 404-835-8067
Email: sparks@khlawfirm.com

January 19, 2022

VIA EMAIL AND FEDEX

West Shore Walden, LLC
c/o J. Patrick Connell
Connell, Thaw & Ruberti, LLC
PO Box 8854
Savannah, GA 31401
patrick@ctr-firm.com

RE:   CEASE AND DESIST Tortious Interference and Related Conduct

Dear Mr. Connell:

This firm represents Vista Realty Partners, LLC ("Vista"). I write you, as the attorney for West Shore Walden, LLC, ("West Shore Walden"), in relation to its tortious conduct regarding Vista's development of 1000 Chatham Center Drive in Savannah, Georgia (the "Chatham Center Project"). Based upon the Petition for a Writ of Certiorari that you filed in Chatham County on December 9, 2021 (the "Petition"), it is clear that your client is proceeding on a course of tortious misconduct to torpedo the development of the Chatham Center Project. We hereby demand that your client cease and desist all such conduct.

West Shore Walden is engaging in intentional and wrongful conduct designed to interfere with or disrupt Vista's relationship with actual or potential business partners. Your client has taken improper action and acted purposely and maliciously with the intent to injure Vista. Moreover, this tortious conduct has caused damage to Vista.

In addition to engaging in tortious interference, Vista believes that West Shore Walden's conduct has impugned Vista's character and business practices. The allegations contained in ¶¶ 27-29 of the Petition imply the existence of some inappropriate arrangement or misdeed between the City of Savanah and Vista. These are deliberately misleading statements which have damaged Vista. Moreover, Vista believes that the actions of West Shore Walden may be part of a broader campaign to manipulate the housing plans set forth by the City of Savannah in order to improperly monopolize its interests and, as such, may be actionable under applicable civil RICO (Racketeering Influenced Corrupt Organizations) statutes. These are not ordinary steps in an effort to properly protect business interests or object to zoning decisions. These actions are part of your client's deceptive and misleading efforts to either delay or sabotage the Chatham Center Project.

West Shore Walden's conduct is repetitive of the actions of an affiliated entity in Florida, where West Shore Legacy, LLC, argued that its "substantial interests" were affected by an

Mr. J. Patrick Connell
January 19, 2022
Page 2

incoming development project. (Case No. 20-1562GM). We understand that such tactics are part of West Shore, LLC's typical business practice to undermine potentially competitive projects solely for the purpose of economic gain and not based upon a legitimate zoning concern. We will not hesitate to make a court aware of these patterns and practices that include filing dubious challenges to zoning decisions. Similarly, we will seek sanctions for this bad faith conduct. Pursuant to O.C.G.A. 5-4-6(b), West Shore Walden must serve a copy of the Petition "within five days after such filing." The petition was filed on December 9, 2021, and to date, Vista has not been served. This intentional delay is further evidence of your client's overt attempts to damage, hinder, or impede the Chatham Center Project and not a reasonable effort to resolve concerns about zoning decisions.

West Shore Walden's tortious conduct must cease and desist immediately and be corrected. Vista hereby demands that West Shore Walden immediately: (1) dismiss the Petition; (2) cease and desist its tortious interference and other unfair business practices; and (3) provide written confirmation of West Shore Walden's compliance with this demand.

West Shore Walden also is required to take immediate action to **preserve all documents and information, including electronic communications, which in any way relate to the Chatham Center Project, Vista, West Shore Walden's Petition, and West Shore Walden's tortious conduct**. You are hereby put on notice not to destroy, conceal, or alter any paper documents or electronically stored information. This notice encompasses all electronic devices used by any West Shore Walden employee when allegedly acting on behalf of West Shore Walden and any of its affiliates connected with this matter. Failure to maintain and preserve relevant documents and information will be deemed spoliation and may subject West Shore Walden to sanction by a court of law. Vista expects to receive a copy of West Shore Walden's litigation hold memorandum confirming its efforts to preserve all evidence.

This letter is sent without prejudice to any and all rights, remedies, and claims of Vista, all of which are expressly reserved. **Please advise us in writing no later than Friday, January 21, 2022, whether you will voluntarily agree to this request.** If you do not immediately cease engaging in all actionable conduct, my client may have no alternative but to protect its interests by initiating legal action against West Shore Walden—and any person associated with or employed by West Shore Walden who has participated in its unlawful conduct—in federal or state court, seeking all available relief, including injunctive relief, compensatory and punitive damages, attorneys' fees, and costs.

KH693669.DOCX 5

Mr. J. Patrick Connell
January 19, 2022
Page 3

                                             Best regards,

                                             **KREVOLIN & HORST, LLC**

                                             Jessica Gabel Cino
                                             *Counsel for Vista Partners Realty, LLC*

cc:    Eduard de Guardiola
        Michael Neyhart
        Douglas P. Krevolin, Esq.
        Harold Yellin, Esq.