# EXHIBIT J

e-Filed in Office
Tammie Mosley
Clerk of Superior Court
Chatham County
Date: 2/7/2022 12:09 PM
Reviewer: MS

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| WEST SHORE WALDEN, LLC, § § Plaintiff, § § v. § § MAYOR AND ALDERMEN OF § THE CITY OF SAVANNAH, § PHRM HOLDINGS, LLC, and § VISTA REALTY PARTNERS, § § Defendants. § | Civil Action No. SPCV21-01239-WA |

### ORDER GRANTING EXPEDITED HEARING

After reading and considering Defendant Vista Realty Partners, LLC, Motion to Dismiss and Request for Expedited Hearing, evidence of record, and the applicable law, the Court **GRANTS** the request for expedited hearing.

The Court will be entering a Rule Nisi with instructions for a remote hearing scheduled for **February 14, 2022, at 9:00 a.m.** On that date the Court will hearing the following motions:

1. Defendant Vista Realty Partners, LLC, Motion to Dismiss (filed on Jan. 21, 2022) (motion joined by PHRM Holdings, LLC, on Feb. 1, 2022)
2. Defendants Vista Realty Partners, LLC, and PHRM Holdings, LLC, Motion to Dismiss for Failure to Meet Statutory Requirements (filed Jan. 31, 2022)

The parties are instructed to contact this Court if an agreement is reached and the hearing is no longer needed.

SO ORDERED, this _____7th_____ day of February, 2022.

_____
Timothy R. Walmsley, Judge,
Chatham Superior Court, EJC, Georgia

cc: Jessica G. Cino, Esq.
Nicholas J. Laybourn, Esq.
John Patrick Connell, Esq.