# EXHIBIT K


# EXHIBIT K

# EXHIBIT K

e-Filed in Office
Tammie Mosley
Clerk of Superior Court
Chatham County
Date: 2/12/2022 11:29 AM
Reviewer: DM

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| WEST SHORE WALDEN, LLC | ) |
| Petitioner, | ) ) ) |
| v. | ) CIVIL ACTION NO. SPCV21-01239-WA |
| THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH, PHRM HOLDINGS, LLC and VISTA REALTY PARTNERS, | ) ) ) ) ) |
| Respondents. | ) |

## **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW, West Shore Walden, LLC, Petitioner in the above-captioned matter, and, by and through its attorney of record, voluntarily dismisses this case pursuant to O.C.G.A. § 9-11-41(a)(1) WITHOUT PREJUDICE.

Respectfully submitted this 12th day of February, 2022.

CONNELL, THAW & RUBERTI

_____
J. Patrick Connell
Georgia Bar Number 353316
Attorneys for Petitioner

P.O. Box 8854
Savannah, GA 31412
Tel: (912) 675-5496
patrick@ctr-firm.com

03604396

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail and email on February 12, 2022 to:

Jessica G. Cino
Krevolin & Horst, LLC
1201 W. Peachtree Street, N.W.
Suite 3250
Atlanta, GA 30309
Attorney for Vista Realty Partners
cino@khlawfirm.com

Terrence E. Budney
Sheppard Mullin
70 West Madison Street, 48th Floor
Chicago, IL 60602-4498
Attorney for PHRM Holdings, LLC
tbudney@sheppardmullin.com

Nicholas Laybourn
Hunter, MacLean, Exley & Dunn, P.C.
200 East Saint Julian Street
Savannah, GA 31401
Attorney for Vista Realty Partners, LLC
And PHRM Realty Holdings, LLC
nlaybourn@huntermaclean.com

R. Bates Lovett
P.O. Box 1027
2 East Bay Street
Savannah, GA 31401
Attorney for the City of Savannah
blovett@savannahga.gov

This 12th day of February, 2022.

CONNELL, THAW & RUBERTI

_____
J. Patrick Connell
Georgia Bar Number 353316
Attorneys for Petitioner

P.O. Box 8854
Savannah, GA 31412
Tel: (912) 675-5496
patrick@ctr-firm.com

03604396