# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VISTA ACQUISITIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WEST SHORE WALDEN LLC;<br>WEST SHORE, LLC; John Doe 1;<br>John Doe 2; and John Doe 3,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-00739-MLB |

## **JOINT MOTION FOR EXTENSION OF TIME AND PAGE LIMITS**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Civil Local Rule 7.1, Plaintiff Vista Acquisitions, LLC ("Plaintiff") and Defendants West Shore Walden LLC and West Shore, LLC (collectively, "Defendants" and, together with Plaintiff, the "Parties"), by and through their respective counsel, hereby respectfully move the Court for entry of the [Proposed] Order Extending Time and Page Limits, which is attached hereto as Exhibit A.

In support of this Joint Motion, the Parties state as follows:

1. The Complaint was filed February 2, 2022.

2. Defendant West Shore Walden, LLC was duly served via its registered agent on February 25, 2022.

3. Defendant West Shore, LLC was duly served via its registered agent on February 28, 2022.

4. This case involves claims under federal and Georgia RICO against two Defendants and three John Does. Undersigned counsel represents the two named Defendants in this matter, who were served on different days. An extension of time will consolidate the deadline for both Defendants. An extension will also afford the Defendants' counsel necessary time to appropriately consolidate arguments, to file a single motion to dismiss, and to reduce the number of filings before the Court.

5. Moreover, Plaintiff's counsel has a 10-day trial beginning April 14, 2022. An extension of time will afford Plaintiff's counsel adequate time to respond.

6. Counsel for Plaintiff and Defendants have conferred and agree that the just and efficient conduct of this action will be best served by extending the time limits for the motion to dismiss briefing and by extending the page limits applicable to such briefing, as follows:

    A. Defendants shall move to dismiss on or before April 1, 2022;

B. Defendants' brief in support of their combined motion to dismiss shall be filed on or before April 1, 2022, and shall not exceed 35 pages;

C. Plaintiff's opposition to Defendants' motion to dismiss shall be filed on or before April 29, 2022, and shall not exceed 35 pages;

D. Defendants' reply brief in support of their motion to dismiss shall be filed on or before May 20, 2022, and shall not exceed 20 pages; and

E. In the event the Court denies all or part of Defendants' motion to dismiss, Defendants shall file their Answer to the Complaint within 30 days following the entry of such order.

7. Accordingly, the Parties hereby jointly and respectfully request that the Court enter the [Proposed] Order attached hereto as Exhibit A.

Respectfully submitted this 9th day of March, 2022.

| | |
|---|---|
| /s/ Jessica Cino | /s/ Robert L. Ashe III |
| Jessica Cino | Robert L. Ashe III |
| Georgia Bar No. 577837 | Georgia Bar No. 208077 |
| Jamil Favors | Kamal Ghali |
| Georgia Bar No. 549881 | Georgia Bar No. 805055 |
| KREVOLIN & HORST, LLC | Zoe M. Ben-Oren |
| One Atlantic Center | Georgia Bar No. 878340 |

1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
404-888-9700
*cino@khlawfirm.com*
*favors@khlawfirm.com*

*Attorneys for Plaintiff*

BONDURANT MIXSON &
ELMORE, LLP
1201 West Peachtree Street, NW
Suite 3900
Atlanta, GA 30309
404-881-4100
*ashe@bmelaw.com*
*ghali@bmelaw.com*
*beiner@bmelaw.com*

*Attorneys for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused to be served a true and correct copy of the foregoing JOINT MOTION FOR EXTENSION OF TIME AND PAGE LIMITS by filing same with the Court's electronic case management system and also via United States first class mail upon the following counsel of record:

>Jessica Cino
>Jamil Favors
>KREVOLIN & HORST, LLC
>One Atlantic Center
>1201 West Peachtree Street, NW
>Suite 3250
>Atlanta, GA 30309
>*cino@khlawfirm.com*
>*favors@khlawfirm.com*

This 9th day of March, 2022.

>/s/ Zoe M. Ben-Oren
>Zoe M. Ben-Oren

EXHIBIT

A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VISTA ACQUISITIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WEST SHORE WALDEN LLC;<br>WEST SHORE, LLC; John Doe 1;<br>John Doe 2; and John Doe 3,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-00739-MLB |

## [PROPOSED] ORDER EXTENDING TIME AND PAGE LIMITS

Presently before the Court is the Joint Motion for Extension of Time and Page Limits (the "Joint Motion"), filed jointly filed by Plaintiff Vista Acquisitions, LLC ("Plaintiff") and Defendants West Shore Walden LLC and West Shore, LLC (collectively, "Defendants"). Upon consideration of the Joint Motion, and for good cause shown, it is hereby ordered that:

1. The Joint Motion is GRANTED;

2. Defendants shall move to dismiss the Complaint on or before April 1, 2022;

3. Defendants' opening brief in support of their motion to dismiss shall be filed on or before April 1, 2022, and shall not exceed 35 pages;

4. Plaintiff's opposition to Defendants' motion to dismiss shall be filed on or before April 29, 2022, and shall not exceed 35 pages;

5. Defendants' reply brief in support of their motion to dismiss shall be filed on or before May 20, 2022, and shall not exceed 20 pages; and

6. In the event the Court denies all or part of Defendants' motion to dismiss, Defendants shall file their Answer to the Complaint within 30 days following the entry of such order.

SO ORDERED, this \_\_\_\_ day of _____, 2022.

                                                JUDGE MICHAEL L. BROWN
                                                UNITED STATES DISTRICT OF GEORGIA

Order prepared by:

/s/ Zoe M. Ben-Oren
Zoe M. Ben-Oren
Georgia Bar No. 878340
BONDURANT MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, NW
Atlanta, Georgia 30309
Telephone (404) 881-4100
*Beiner@bmelaw.com*