# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VISTA ACQUISITIONS, LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION FILE |
| : | No. 1:22-CV-00739-MLB |
| WEST SHORE WALDEN LLC; : | |
| WEST SHORE, LLC; John Doe 1; : | |
| John Doe 2; and John Doe 3, : | |
| : | |
| Defendants. : | |

## PLAINTIFF'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Vista Acquisition, LLC appeals to the United States Court of Appeals for the Eleventh Circuit that portion of this Court's Order entered February 21, 2023 [Doc. 30] that granted Defendants' Motion for Rule 11 Sanctions [Doc. 22].

Respectfully submitted this 22nd day of March 2023.

[SIGNATURE ON FOLLOWING PAGE]

KH761405.DOCX 2

**KREVOLIN & HORST, LLC**

<u>*/s/ Jessica G. Cino*</u>
Jessica G. Cino
Georgia Bar No. 577837
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Jamil A. Favors
Georgia Bar No. 549881
*Attorneys for Plaintiff*

One Atlantic Center
1201 W. Peachtree Street, NW
Suite 3250
Atlanta, Georgia 30309
(404) 888-9700
cino@khlawfirm.com
hknapp@khlawfirm.com
favors@khlawfirm.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| VISTA ACQUISITIONS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION FILE |
| | : | No. 1:22-CV-00739-MLB |
| WEST SHORE WALDEN LLC; WEST SHORE, LLC; John Doe 1; John Doe 2; and John Doe 3, | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, a copy of the foregoing ***Plaintiff's Notice of Appeal*** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Jessica G. Cino*
Jessica G. Cino