# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VISTA ACQUISITIONS, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION FILE |
| | : No. 1:22-CV-00739-MLB |
| WEST SHORE WALDEN LLC; | : |
| WEST SHORE, LLC; John Doe 1; | : |
| John Doe 2; and John Doe 3, | : |
| | : |
| Defendants. | : |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Vista Acquisitions, LLC ("Vista") and Defendants West Shore Walden, LLC and West Shore, LLC (collectively, "West Shore" and together with Vista (the "Parties")), by and through their undersigned counsel, and stipulate to the voluntary dismissal of this action, and each and every count and claim asserted therein, with prejudice, pursuant to Rule 41(a)(1)(A)(ii).

The Parties have agreed to a confidential settlement agreement to resolve their dispute in this matter. The Parties agree that this settlement is a resolution of disputed matters and is not, in any way, an admission of liability, fault or wrongdoing on the part of any party. This settlement agreement is intended to resolve all issues

KH771595.DOCX 2

now pending between the Parties in this matter, including West Shore's pending fee petition, subject to the terms of that agreement.

IT IS REQUESTED, by the Parties, and their designated legal counsel, that the above-captained action will be disposed of as follows:

1. That this action be dismissed with prejudice in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each Party to bear its own costs and expenses as set forth in more detail in their settlement agreement, and Plaintiff responsible for any Court costs.

2. That the Clerk of the Court enter final judgment dismissing this action <u>with prejudice</u> in its entirety pursuant to this stipulation and that the Court take no further action on West Shore's fee petition.

Respectfully submitted, this 29th day of June, 2023.

STIPULATED BY:

<u>/s/ Jessica G. Cino</u>
Jessica G. Cino
Georgia Bar No. 577837
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
cino@khlawfirm.com
hknapp@khlawfirm.com
KREVOLIN & HORST, LLC
1201 W. Peachtree Street, N.W.
Suite 3250, One Atlantic Center
Atlanta, GA 30309

<u>/s/ DRAFT Robert L. Ashe</u>
Robert L. Ashe III
Georgia Bar No. 208077
ashe@bmelaw.com
BONDURANT MIXSON &
ELMORE, LLP
1201 W. Peachtree St NW, Suite 3900
Atlanta, GA 30309

Kamal Ghali
Georgia Bar No. 805055

Telephone:  404-888-9700
Facsimile: 404-888-9577
*Counsel for Plaintiff*

kghali@chaikenghali.com
CHAIKEN GHALI, LLP
1201 W. Peachtree St NW, Suite 2300
Atlanta, GA 30309
404-795-5005

*Counsel for Defendants*

KH771595.DOCX 2                                3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of June, 2023, I filed a copy of the foregoing document electronically with the Clerk of Court via the CM/ECF system, which will automatically send notice to all registered counsel of record.

        **KREVOLIN & HORST, LLC**

        */s/ Jessica G. Cino*
        Jessica G. Cino
        Georgia Bar No. 577837
        Halsey G. Knapp, Jr.
        Georgia Bar No. 425320
        cino@khlawfirm.com
        hknapp@khlawfirm.com
        1201 W. Peachtree Street, N.W.
        Suite 3250, One Atlantic Center
        Atlanta, GA 30309
        Telephone: 404-888-9700
        Facsimile: 404-888-9577

        *Counsel for Plaintiff*