# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10970

_____

VISTA ACQUISITION, LLC,

                              Plaintiff-Appellant,

*versus*

WEST SHORE WALDEN LLC,
WEST SHORE, LLC,
JOHN DOE 1,
JOHN DOE 2,
JOHN DOE 3,

                              Defendants-Appellees.

2                    Order of the Court                    23-10970

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-00739-MLB

_____

Before ROSENBAUM, BRANCH and BRASHER, Circuit Judges.

BY THE COURT:

Before this Court are competing motions to dismiss the appeal.

Plaintiff-Appellant filed a motion to voluntarily dismiss its appeal, which we GRANT. *See Showtime/The Movie Channel, Inc. v. Covered Bridge Condominium Ass'n, Inc.*, 895 F.2d 711, 713 (11th Cir. 1990).

Based on that ruling, Defendants-Appellees' motion to dismiss the appeal for lack of jurisdiction is DENIED AS MOOT.

This appeal is DISMISSED.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 13, 2023

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 23-10970-DD
Case Style: Vista Acquisition, LLC v. West Shore Walden LLC, et al
District Court Docket No: 1:22-cv-00739-MLB

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Clerk's Office Phone Numbers
General Information: 404-335-6100        Attorney Admissions:        404-335-6122
Case Administration: 404-335-6135        Capital Cases:              404-335-6200
CM/ECF Help Desk:    404-335-6125        Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-4 Multi-purpose dismissal letter